

# Fourth Court of Appeals
## San Antonio, Texas

August 29, 2019

No. 04-19-00371-CR

Arthur **THOMAS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law, Val Verde County, Texas
Trial Court No. 17-155-CR
Honorable Sergio J. Gonzalez, Judge Presiding

# O R D E R

After we granted Appellant's first motion for extension of time to file the brief, Appellant's brief was due on August 28, 2019. *See* TEX. R. APP. P. 38.6(a). On the extended due date, Appellant filed a second motion for an extension of time to file the brief until September 20, 2019.

Appellant's motion is GRANTED; the brief is due on September 20, 2019.

Any further motion for extension of time to file Appellant's brief may be disfavored.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court